IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS LOOMIS,

          Plaintiff,          JUDGMENT IN A CIVIL CASE

v.

                                 Case No.: 12-cv-480-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Commissioner of Social Security pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


By: *[signature]*, Deputy Clerk                         5-6-2013

Peter Oppeneer, Clerk of Court                           Date