IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS P. LOOMIS,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                        Case No. 12-cv-480-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Thomas P. Loomis in the stipulated amount of $4,240.74 for attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| /s/ | 6/26/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |